UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDUSTRIA DEL HIERRO, S.A. DE C.V.,

Petitioner,

-against-

UOP LLC AND HONEYWELL INTERNATIONAL, INC.,

Respondents.

25 CIVIL 6806 (LAP)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, Petitioner's First Petition is DENIED, and Respondents' Cross-Motion confirming the May 2025 Award is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
September 30,2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**