**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

INDUSTRIA DEL HIERRO, S.A. DE C.V.,

Petitioner,

-against-

UOP LLC AND HONEYWELL INTERNATIONAL, INC.

Respondents.

---------------------------------------------------------------X

25 **CIVIL** 6806 (LAP)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated October 27, 2026, Petitioner's First Petition is DENIED, and Respondents' Cross-Motion confirming the May 2025 Award, as corrected by the Addendum, is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
October 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**